**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 444 EAL 2018
:
          Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
:
TERRELL FAULCON, :
:
          Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2019, the Petition for Allowance of Appeal is

**DENIED**.